HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM JAMES MATHEW WALLACE II,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | CASE NO. C19-5329RBL-DWC<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 86], recommending granting Defendant City of Tacoma's Motion for a More Definite Statement and denying the Motion to Dismiss [Dkt. 73]. The Court has reviewed Plaintiff Wallace's Objections [Dkt. # 89].

(1) The Report and Recommendation is **ADOPTED**.

(2) Defendant City of Tacoma's Motion for a More Definite Statement is **GRANTED,** and its Motion to Dismiss [Dkt. # 73] is **DENIED**, without prejudice with leave to renew considering any amended complaint.

(3) Wallace shall **amend his complaint** consistent with the Report and Recommendation within **30 days** this Order.

ORDER - 1

1   (4) The Clerk is directed to send copies of this Order to Wallace, counsel for

2  Defendants, and to the Hon. David W. Christel.

3   IT IS SO ORDERED.

4   Dated this 3rd day of August, 2020.

                                        Ronald B. Leighton
                                        United States District Judge