UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM JAMES MATHEW WALLACE, II,

      Plaintiff,

 v.

NAPHCARE HEALTHCARE, et al.,

      Defendants.

No. 3:19-CV-5329-MJP-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation (Dkt. No. 95), recommending denying Defendants' Motions for Summary Judgment (Dkt. 55, 61) as moot without prejudice. Plaintiff has not objected.

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motions for Summary Judgment (Dkt. 55, 61) are denied as moot without prejudice. Defendants may re-file dispositive motions based on the allegations contained in the Third Amended Complaint.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 14th day of Oct/2020.

Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1